# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVENIA E. MARTIN,<br><br>                    Petitioner,<br>vs.<br><br>GLORIA HENRY, Warden, et al.,<br><br>                    Respondents. | CASE NO. 03cv1336 DMS (CAB)<br><br>**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) DENYING PETITION FOR WRIT OF HABEAS CORPUS** |

On April 19, 2005, Petitioner Melvenia Martin ("Petitioner"), a state prisoner proceeding *pro se*, filed a First Amended Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner asserts she was denied her rights to due process and a fair trial due to jury misconduct, trial court error in the handling and eventual denial of her jury misconduct claims, trial court error in specific comments to the jury, the prosecution's knowing use of false and fabricated evidence, and the prosecution's withholding of exculpatory evidence. Petitioner also claims the evidence was insufficient to support the verdict.

On January 16, 2007, Magistrate Judge Cathy Ann Bencivengo issued a Report and Recommendation, recommending that the Court deny the Petition. This Court, having reviewed *de novo* the Magistrate Judge's Report, and there being no objections filed to the Report, adopts the

/ / /

/ / /

recommendation in full and **DENIES** the petition for habeas corpus with prejudice. The Clerk of Court shall enter judgment accordingly, and terminate this case.

     **IT IS SO ORDERED**.

DATED: February 12, 2007

                              HON. DANA M. SABRAW
                              United States District Judge